# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - CINCINNATI

| | |
|---|---|
| In re | IN PROCEEDINGS UNDER CHAPTER 13 |
| **Dennis Schapker** | Case No. 14-10715 |
| **Cassandra Kaye Schapker** | Judge: JEFFERY P. HOPKINS |
| **Debtors** | **TRANSFER OF CLAIM OTHER THAN FOR SECURITY** |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim reference in this evidence and notice.

**Transferee:**

Wells Fargo Bank, N.A., not in its individual capacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008 (Name of Transferee)

Name and address where notices to transferee should be sent:

Wells Fargo Bank, N.A., not in its individual capacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008,
c/o Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd., Suite 100
Irvine, CA 92618
Last Four Digits of Acct #: 7133

Name and address where transferee payments should be sent (if different from above):

Wells Fargo Bank, N.A., not in its individual capacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008
c/o Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707
Last Four Digits of Acct #: 7133

**Transferor:**

Wells Fargo Bank, N.A., as Indenture Trustee for the Navigator Mortgage Loan Trust 2008
(Name of Transferor)

Court Claim # (if known):  16
Amount of Claim:  $62,832.93
Date Claim Filed:  8/26/14
Last Four Digits of Acct.#: 9145

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

                                                        Respectfully submitted,

*October 21, 2016*                              ***/s/ Christopher P. Kennedy***
                                            Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
                                            By:  Phyllis A. Ulrich (0055291)
                                                  Christopher P. Kennedy (0074648)
                                            24755 Chagrin Blvd., Suite 200
                                            Cleveland, OH 44122-5690
                                            216-360-7200 Phone
                                            (216) 360-7212 Facsimile
                                            bankruptcy@carlisle-law.com
                                            Attorneys for:
                                            Wells Fargo Bank, N.A., not in its individual capacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2016, a true and correct copy of Wells Fargo Bank, N.A., not in its individual capacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008's Notice of Transfer of Claim was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Cynthia Sue Daugherty, on behalf of Dennis Schapker and Cassandra Kaye Schapker, Debtors, at debtreliefsoon@gmail.com
    Margaret A. Burks, on behalf of the Chapter 13 Trustee's office at Cincinnati@cinn13.org
    Office of the U.S. Trustee at ustpregion09.ci.ecf@usdoj.gov

And by regular U.S. Mail, postage paid, on:

    Dennis Schapker and Cassandra Kaye Schapker, Debtors, 3974 Bremen Pass, Cleves, OH 45002

    */s/ Christopher P. Kennedy*
    Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
    By:  Phyllis A. Ulrich
        Christopher P. Kennedy